Case 4:17-cr-00098-BSM   Document 1   Filed 05/02/17   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY -2 2017
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:17CR 00098 BSM |
| ) | |
| vs. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| SCOTT M. LANGLEY ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. Prior to August 29, 2016, the defendant,

SCOTT M. LANGLEY,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for two counts of breaking or entering, in criminal case CR 2013-3802;

2. In Pulaski County Circuit Court for theft by receiving, in criminal case CR 2014-1237;

3. In Pulaski County Circuit Court for theft of property and theft by receiving, in criminal case CR 2014-0140; and

4. In Pulaski County Circuit Court for theft by receiving, in criminal case CR 2014-0584.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about August 29, 2016, in the Eastern District of Arkansas, the defendant,

SCOTT M. LANGLEY,

did knowingly possess at least one round of ammunition, in and affecting commerce, to wit, twenty-five (25) rounds of Hornady .32 caliber ammunition; three (3) rounds of TulAmmo

9x19mm ammunition; twenty-seven (27) rounds of Winchester 21 gauge ammunition; seventy-five (75) rounds of Winchester 20 gauge ammunition; seven (7) rounds of Winchester 7mm ammunition; two (2) rounds of Winchester .243 ammunition; seventeen (17) rounds of Federal 20 gauge ammunition; fifteen (15) rounds of Federal 12 gauge ammunition; and twenty-five (25) rounds of Federal 16 gauge ammunition, thereby violating Title 18, United States Code, Section 922(g)(1).

[End of Text.   Signature page attached.]